UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

W.R., et al.,

                    Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-7552 (VSB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Wednesday, May 12, 2021 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 7, 2021 by 5:00 p.m.**

SO ORDERED.

Dated: April 20, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge