

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2021
```

**MEMO ENDORSED**

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 256-1148<br>e: dthayer@law.nyc.gov |

May 7, 2021

*Via ECF*

The Honorable Katherine H. Parker
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: <u>W.R. v. N.Y.C. Dep't of Educ.</u>, Case No. 20 CV 7552 (VSB)**

Dear Magistrate Judge Parker:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, attorney for the Defendant New York City Department of Education ("DOE") in the above-referenced action, brought under the Individuals with Disabilities Education Act ("IDEA). I write, jointly with Plaintiffs' counsel, to respectfully request a two-week adjournment of the settlement conference scheduled for May 12, 2021.

        Since the parties' pre-settlement conference with the Court, they have exchanged additional offers and demands. Though there remains a relatively small gap between the parties, they are presently optimistic that the gap can be narrowed or eliminated in the coming days. In an effort to avoid burdening the Court with a settlement conference as they continue to negotiate, the parties respectfully request an adjournment of the settlement conference by two weeks, in the event that they are unable to resolve this action in the meantime.

        This is the parties' first request for an adjournment of the settlement conference.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Adam Dayan, Esq.
Law Offices of Adam Dayan, PLLC
222 Broadway 19th Floor
New York, NY 10038
*Counsel for Plaintiffs*

**APPLICATION GRANTED:** The telephonic settlement conference in this matter scheduled for Wednesday, May 12, 2021 at 4:00 p.m. is hereby rescheduled to <u>Thursday, May 27, 2021 at 4:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than May 20, 2021 by 5:00 p.m

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
05/10/2021