

**THE CITY OF NEW YORK**

| JAMES E. JOHNSON | **LAW DEPARTMENT** | DAVID S. THAYER |
| --- | --- | --- |
| *Corporation Counsel* | 100 CHURCH STREET | *Assistant Corporation Counsel* |
| | NEW YORK, NY 10007 | t: (212) 356-2649 |
| | | f: (212) 256-1148 |
| | | e: dthayer@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2021

May 24, 2021

*Via ECF*

The Honorable Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Katherine H. Parker
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

05/25/2021

Re: **W.R. v. N.Y.C. Dep't of Educ.**, Case No. 20 CV 7552 (VSB)

Dear Judge Broderick and Magistrate Judge Parker:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, attorney for the Defendant New York City Department of Education ("DOE") in the above-referenced action. I write, jointly with Plaintiffs' counsel and pursuant to Judge Broderick's Individual Rules & Practices in Civil Cases, to inform the Court that the parties have reached a settlement in principle resolving this action. Going forward, the parties will negotiate the terms of a stipulation memorializing this agreement, which the parties intend to submit to the Court within thirty days.

      In light of their settlement in principle, the parties respectfully request that the settlement conference before Magistrate Judge Parker, presently scheduled for May 27, 2021, be adjourned *sine die*.

The parties thank the Court for its consideration of this matter.

                                              Respectfully yours,

                                              /s/ David S. Thayer

                                              David S. Thayer

cc:     *Via ECF*
       Adam Dayan, Esq.
       Law Offices of Adam Dayan, PLLC
       222 Broadway 19th Floor
       New York, NY 10038
       *Counsel for Plaintiffs*

       *Via electronic mail*
       Chambers of the Honorable Vernon S. Broderick
       BroderickNYSDChambers@nysd.uscourts.gov