```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
W.R., et al.,                                         :
                                                      :
                              Plaintiffs,             :
                                                      :        20-cv-7552 (VSB)
              -against-                               :
                                                      :           **ORDER**
NEW YORK CITY DEPARTMENT OF                           :
EDUCATION,                                            :
                              Defendant.              :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/25/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. (Doc. 27.) Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 25, 2021
    New York, New York

                  _____
                  Vernon S. Broderick
                  United States District Judge